UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23 MJ 9056 RHH ) |
| AHDAEJAY BRITTON, | ) ) |
| Defendant. | ) |

**MOTION FOR PRE-TRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew A Martin, Assistant United States Attorney for said District, and moves the Court to order Defendant Ahdaejay Britton detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1.      Title 18, United States Code, Section 3142(g) provides factors that the Court must consider in determining whether to order Defendant detained pending trial.  These factors include: (a) the nature and circumstances of the offense charged; (b) the weight of the evidence against Defendant; (c) Defendant's criminal history and characteristics; and (d) the danger that would be posed by Defendant's release to any particular individual or the community as a whole.

2.      Defendant is charged with carjacking, in violation of 18 U.S.C. §§ 2119 and 2, and possessing and brandishing a firearm in furtherance of a crime of violence, in violation of 18 U.S.C. § 924(c)(1).  The § 924(c)(1) offense creates the presumption that no condition or

combination of conditions of release will assure Defendant's appearance and the safety to the community.  Title 18, United States Code, Section 3142(e)(3).

3.      Defendant's charges stem from an incident that occurred on May 8, 2023.  At approximately 1:39p.m. on that day, a victim called 911 to report a carjacking that occurred in the parking garage at 3821 Lindell Boulevard.  The victim advised responding officers that after he parked his car, a silver Mazda 3 bearing Wisconsin license plates, two black males approached him.  One of them then pushed the victim to the ground, pointed a firearm at him, and took his car keys, iPhone, and wallet.  The victim then watched as the two black males entered his Mazda 3 and drove away.

4.      After his car was taken at gunpoint, the victim and a detective with the St. Louis Metropolitan Police Department used the Find My iPhone application to track the location of the victim's phone.  The SLMPD detective advised the St. Louis County Police Department Dispatcher that the victim's iPhone was located in the area of New Halls Ferry Road and Interstate 270.

5.      At approximately 2:20p.m., officers with the St. Louis County Police Department saw the Mazda 3 parked at 10970 New Halls Ferry Road.  They observed a Texas license plate on the car that had previously been reported stolen from St. Louis City.  As the officers approached the car to investigate, they observed D.C., a juvenile, sitting in the driver's seat with a firearm on his lap.  As the officers were investigating, Defendant exited a nearby business, approached them, and asked about the investigation.

6.      The SLMPD detectives then transported the victim to 10970 New Halls Ferry Road, where he identified D.C. and Defendant as the two individuals involved in his carjacking.  While searching the Mazda 3, officers located the victim's Wisconsin license plates and his iPhone.

7.      After being advised of his *Miranda* rights, Defendant told the SLMPD detectives that he took the victim's car keys at gunpoint.  The SLMPD detectives later obtained surveillance video from cameras in the garage at 3821 Lindell Blvd.  The video shows BRITTON approach the victim from behind in a stairwell, throw him to the ground, and point a firearm at him while taking his car keys.  After handing the car keys to D.C., BRITTON again points his firearm at the victim and takes additional property from his pocket as the victim is lying on the ground.

8.      The facts of this case show that Defendant poses a danger to the surrounding community.  The surveillance video from the parking garage shows Defendant's brazen daytime attack on the victim.  Simply put, Defendant's pretrial detention is warranted to ensure the community's safety.

WHEREFORE, the Government requests that this Court order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Matthew A. Martin*
MATTHEW A. MARTIN #64000(MO)
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200